# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ISAAC ARAUZ MEDINA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES JANECKA et al.,<br><br>　　　　Defendants. | Case No. 5:25-cv-03258-SB-MBK<br><br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Petitioner Aaron Arauz Medina's request for a preliminary injunction entered this date, it is ordered that Petitioner's habeas-corpus petition is dismissed as moot.

    This is a final judgment.

Date: December 16, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge